### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                 Plaintiff,<br><br>   v.<br><br>WÜSTHOF USA, INC.,<br><br>                 Defendant. | Lead Case No. 2:24-cv-01650-AJS |
| BLAIR DOUGLASS,<br><br>                 Plaintiff,<br><br>   v.<br><br>LAMPS PLUS, INC.,<br><br>                 Defendant. | Member Case No. 2:24-cv-01688-AJS |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Lamps Plus, Inc., have reached an agreement in principle that will confidentially resolve the claims alleged in this case. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

Dated: January 29, 2025                          */s/ Stephanie Moore*
                                                   Kevin W. Tucker (He/Him) (PA 312144)
                                                   Kevin J. Abramowicz (He/Him (PA 320659)
                                                   Chandler Steiger (She/Her) (PA 328891)
                                                   Stephanie Moore (She/Her) (PA 329447)
                                                   Kayla Conahan (She/Her) (PA 329529)
                                                   Jessica Liu (She/Her) (PA 328861)
                                                 **EAST END TRIAL GROUP LLC**
                                                   6901 Lynn Way, Suite 503
                                                   Pittsburgh, PA 15208

                       2

                   Tel. (412) 877-5220
                   Fax. (412) 626-7101
                   ktucker@eastendtrialgroup.com
                   kabramowicz@eastendtrialgroup.com
                   csteiger@eastendtrialgroup.com
                   smoore@eastendtrialgroup.com
                   kconahan@eastendtrialgroup.com
                   jliu@eastendtrialgroup.com

                   *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, January 29, 2025, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

*/s/ Stephanie Moore*
Stephanie Moore